1 Name: Clarence D Johnson
2 Address: 3150 N. Racine Ave #219 Chicago Ill 60657
3 Telephone Phone: 708-916-0227
4 Email:

___ FILED
___ LODGED   MAIL
___ RECEIVED

APR 23 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF Washington

Clarence D Johnson

Plaintiff(s),

v. CDC COVID 19 Crimes
Fed Henrico VA Sherriffs
+ State Denver Police Dept
et al Bank +
Bank Ins
Wells Fargo

Defendant(s).

Case No.: 2:21-cv-00572 RSL
(assigned at time of filing)

**COMPLAINT**

Police Kidnapping
- Denver   Henrico
   Colorado   Virginia et al
Sec Angelio By CRS
FBI
513-421-4310

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?
   ☒ Yes   ☐ No   6:20-cv-02271 (Judge Mendoza Orlando Florida)

b. If yes, please list the case numbers here: contact
U.S. conflict Interest Law firm 1-800-843-3476
Foreign Policy Guidelines

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Russell Moore   Head Religious Ethics comittee
Pres Obama Harboring Fugitives
Pres Trump Harboring Fugitives
United Nations Harboring Fugitives
Crimes of Treason Daily
St Paul Baptist church DR Lance Watson Rich VA.
Dale Osheilds Church of Reedemer Gaithersburg My
Rev Melvin Whitley Ebenezer Baptist Church Durham North Carolina.

Pope Francis Paul + catholic churches
Crimes in Religion over 12yr period
International Criminal court guidelines
Human trafficking Crimes Biblical crimes
See Queen Elizabeth

Illinios Kentucky Ohio Wisconsin 645 Govt entrapments
Foreign policy procedure per crime per change
New York Federal courts 212-857-8500
Extortion Biden Trump + Obama Administration
Charges     Conspiracys cover mothers murder
Tampering   Child Trafficking Etc
Criminal Evidence   Community Crimes
Public Kidnappings   See Angela Byers FBI
                    513-421-4310
                    (Conflict Resolution)

Check Federal case Records Trump + Obama Administration
US Attorney's office No good Request For Inquiry.
Need Competent Federal Marshall program.
For Trump + Obama Administration.

2

1  **III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2  *Do not use this space to state the facts of your claim.)*
3  Arrest Detain Prisoner + property
4  Seizure United States is Behind
5  Over 12 yrs. Foreign Policy Guidelines
6  All Government. Fed's, State,
7  Politicians, Judges etc.
8  See Angela Byers
9  FBI 513-421-4310
   And United Nations
10 Honor motions First Stay Away Order JoBS Doctors
11 Family + Friends No Contact
12 Relocation Family. (Seeking 1. Billion Dollars.)
13 Honor Crime Victim's Compensation
14 Follow United Nations Ethics Guidances
15 OBSTruction Justice
16 Covering up federal
17 Crimes
18 See Cochran LAW
19 1-800-843-3476 For
20 Additional
21 Damages
22
23
24
25
26
27
28

3


IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_Dec 5, 2020_  
Date

_Clarence P Johnson_  
Signature

_Clarence P Johnson Sr_  
Printed Name



C. Johnson
3150 N. Racine Ave #215
Chicago IL
60657

FILED ___ LODGED ___
RECEIVED ___
MAIL
APR 23 2021
CLERK US DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

US District Court
Western District of Washington
700 Stewart Street Suite 2310
Seattle WA 98101

APR 20 2021