1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8
CLARENCE D. JOHNSON,

9
               Plaintiff,

Cause No. C21-0572RSL

10
      v.

ORDER OF DISMISSAL

11
CDC COVID 19 CRIMES, *et al.*,

12
               Defendants.

13

14

15
     On May 24, 2021, plaintiff was directed to file an amended complaint which clearly and

16
concisely identifies the acts of which each named defendant is accused and how those acts

17
violated plaintiff's legal rights. No amended pleading was filed within the time allowed. The

18
above-captioned matter is therefore DISMISSED without prejudice for failure to allege a

19
plausible claim for relief.[1]

20

21

22
     Dated this 19th day of July, 2021.

23
*MWt S Lasnik*

Robert S. Lasnik

24
United States District Judge

25

26
 

27
     [1] Plaintiff's motion for appointment of counsel (Dkt. # 8), "motion for common access" (Dkt. # 9 at 1), "motion to squash" (Dkt. # 9 at 2), and motion to seal (Dkt. # 9 at 3) are DENIED.

28
ORDER OF DISMISSAL - 1