UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLARENCE D. JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>CDC COVID 19 CRIMES, *et al.*,<br><br>              Defendants. | Cause No. C21-0572RSL<br><br>ORDER |

This matter comes before the Court on plaintiff's motion to suppress "all statements and evidence." Dkt. # 12 at 1. Attached to the motion is an Order to Show Cause issued in a different case by the Honorable Ricardo S. Martinez. No facts or argument are provided to explain what plaintiff would like suppressed or to identify the legal authority that supports his request. The motion is therefore DENIED.

Dated this 31st day of August, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER