UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLARENCE D. JOHNSON,

           Plaintiff,

    v.

CDC COVID 19 CRIMES, *et al.*,

           Defendants.

Cause No. C21-0572RSL

ORDER

      This matter comes before the Court on plaintiff's "Motion for Initial Appearance Criminal Law." Dkt. # 18. The above-captioned matter is civil in nature: the relief plaintiff seeks is unclear, as are the facts and law on which the motion is based. The motion is therefore DENIED.

      Dated this 14th day of October, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER